# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Melvin Gray,<br><br>　　　　　Plaintiff,<br>vs.<br><br>Social Security Administration,<br><br>　　　　　Defendant. | Case No.: 2:14-cv-00232-GMN-VCF<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Ferenbach. (ECF No. 3.) A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).

Here, no objections were filed, and the deadline to do so has expired. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 3) is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (ECF No. 4) is DISMISSED without prejudice, and Plaintiff is given leave to file the Amended Complaint (ECF No. 5), which shall serve as the operative pleading before the Court.

**DATED** this 31st day of March, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court